**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
GINA MARIN, ON BEHALF OF HERSELF AND :
OTHERS SIMILARLY SITUATED, :
: 
                           Plaintiff, :      24-cv-01340 (ALC) (VF)
:
     -against-                          :      <u>**CONFERENCE ORDER**</u>
:
310 BOWERY GROUP, LLC D/B/A 310 BOWERY :
BAR AND EPSTEIN'S BAR, LLC D/B/A 82 :
STANTON BAR, AND RICHARD AURIGEMMA, :
:
                           Defendant. :
:
------------------------------------------------------------------- :
                                                   x

**ANDREW L. CARTER, JR., District Judge:**

       The Court will hold a telephonic conference in this action on June 18, 2024 at 12:00 PM Eastern Time.

       All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:     June 7, 2024**
               **New York, New York**                           **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**