**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**GINA MARIN, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,**

                         **Plaintiff,**   24-cv-01340 (ALC) (VF)

          -against-   **AMENDED CONFERENCE ORDER**

**310 BOWERY GROUP, LLC D/B/A 310 BOWERY BAR AND EPSTEIN'S BAR, LLC D/B/A 82 STANTON BAR, AND RICHARD AURIGEMMA,**

                         **Defendant.**

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Court will reschedule today's telephonic conference in this action to July 11, 2024 at 3:30 PM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:   July 11, 2024**
           **New York, New York**　　　　　　_____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**