UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
GINA MARIN, ON BEHALF OF HERSELF AND       :
OTHERS SIMILARLY SITUATED,                 :
                                           :
                         Plaintiff,        :        1:24-cv-01340 (ALC)
                                           :
        -against-                          :        **ORDER**
                                           :
310 BOWERY GROUP, LLC D/B/A 310 BOWERY      :
BAR AND EPSTEIN'S BAR, LLC D/B/A 82        :
STANTON BAR, AND RICHARD AURIGEMMA,        :
                                           x
                         Defendant.
-------------------------------------------------------------------
**ANDREW L. CARTER, JR., District Judge:**

The parties are hereby ordered to submit a Stipulation by Monday, July 15, 2024.


**SO ORDERED.**

**Dated:       July 11, 2024**
              **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**