UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GINA MARIN, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>-against-<br><br>310 BOWERY GROUP, LLC D/B/A 310 BOWERY BAR AND EPSTEIN'S BAR, LLC D/B/A 82 STANTON BAR, AND RICHARD AURIGEMMA,<br><br>*Defendants*. | 1:24-CV-01340 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are ordered to file a joint status report by **August 1, 2024**.

**SO ORDERED.**

Dated: July 11, 2024
   New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge