UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINA MARIN, on behalf of herself and others similarly situated,

        Plaintiff,

-v-

RICHARD AURIGEMMA, 310 BOWERY GROUP LLC, and EPSTEINS BAR LLC,

        Defendants.

CIVIL ACTION NO. 24 Civ. 1340 (ALC) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' proposed case management plan (ECF No. 43 (the "PCMP")), the Court orders as follows:

1. The initial case management conference scheduled for August 19, 2024 is CANCELLED.

2. By separate order, the Court will enter the PCMP.

3. In light of the PCMP, Plaintiff's motion for an order compelling Defendants to produce certain documents and information for Plaintiff and putative collective members (ECF No. 18) is DENIED as moot.

4. A telephone conference is scheduled for **Tuesday, October 29, 2024 at 10:00 am** on the Court's conference line to discuss the status of fact discovery, the parties' interest in a settlement conference with the Court, and, if appropriate, a briefing schedule for Plaintiff's anticipated motion for class certification (see ECF No. 43 ¶ 10). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the schedule time.

The Clerk of Court is respectfully directed to close ECF No. 18.

Dated:    New York, New York
          August 13, 2024

SO ORDERED.

*Sarah Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**