# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com



September 26, 2024

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  October 1, 2024**

<u>**VIA ECF**</u>

Honorable Andrew L. Carter
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Marin, v. 310 Bowery Group, LLC, et al*, 24-cv-01340 (ALC)

Dear Judge Carter:

We represent the Plaintiff in the above-referenced action. We write to respectfully request that the Court place the document filed at Docket No. 62 under permanent seal. The reason for this request is that that document, which was a consent to sue form under the FLSA, improperly included contact information for the plaintiff who was joining the case. Upon the document being filed, we immediately notified the ECF helpdesk who placed it under temporary seal and we filed a redacted version of the same form at Docket No. 63.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

      s/ *Josef Nussbaum*
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 1, 2024
New York, NY

cc: All Counsel of Record (via ECF)