UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GINA MARIN, on behalf of herself and others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　-v-<br><br>RICHARD AURIGEMMA, 310 BOWERY GROUP LLC, and EPSTEINS BAR LLC,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 24 Civ. 1340 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request to adjourn the December 3, 2024 telephone conference (ECF No. 74) is **GRANTED**. The telephone status conference currently scheduled for Tuesday, December 3, 2024 at 10:00 a.m. (ECF No. 71) is **CANCELLED.**

On or before **December 23, 2024**, the parties shall file a joint letter setting forth the status of their settlement negotiations.

The Clerk of Court is respectfully directed to close ECF No. 74.

Dated:　　New York, New York
　　　　　November 26, 2024

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**