JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-688-2548 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

January 13, 2025

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    Marin v. 310 Bowery Group LLC et al
                No. 24-cv-01340 – Status Letter

Dear Judge Carter:

We represent the Plaintiff in the above-captioned case. We write on behalf of all Parties to inform the Court that the Parties have reached a deal in principle. The Parties anticipate submission of the class-wide wage-and-hour claims for Court approval before February 10, 2025. We respectfully request that any outstanding deadlines be adjourned *sine die* pending the Court's disposition of the Parties' motion for approval.

We thank the Court for its careful consideration of this matter.

Respectfully submitted,

JOSEPH & KIRSCHENBAUM, LLP
/s/ D. *Maimon Kirschenbaum*
D. Maimon Kirschenbaum