UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GINA MARIN, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>　　　　-against-<br><br>**310 BOWERY GROUP, LLC D/B/A 310 BOWERY BAR AND EPSTEIN'S BAR, LLC D/B/A 82 STANTON BAR, AND RICHARD AURIGEMMA,**<br><br>　　　　　　　　　　**Defendants.** | **24-cv-01340 (ALC) (VF)**<br><br><u>**ORDER OF DISCONTINUANCE**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

　　It having been reported to the Court that this case has settled or will settle, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:　January 14, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew L. Carter, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**