UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA MARIN, on behalf of herself and all other similarly situated,

        Plaintiff,

v.

310 BOWERY GROUP, LLC d/b/a 310 BOWERY BAR and EPSTEIN'S BAR, LLC d/b/a 82 STANTON BAR, and RICHARD AURIGEMMA,

        Defendants.

24-cv-01340 (SLC)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiff Gina Marin, on behalf of herself and all others similarly situated, by her undersigned attorneys, shall move the Court before the Honorable Sarah L. Cave at the United States Court for the Southern District of New York, 500 Pearl St., New York, New York, on July 17, 2025 at 2:30 p.m. for an order granting final approval of the class action settlement agreement pursuant to Fed. R. Civ. P. 23(e).

Dated: New York, New York
       July 10, 2025

                                                  s/ *Josef Nussbaum*
                                                  D. Maimon Kirschenbaum
                                                  Josef Nussbaum
                                                  JOSEPH & KIRSCHENBAUM LLP
                                                  32 Broadway, Suite 601
                                                  New York, NY 10004
                                                  212-688-5640

                                                  *Attorneys for Plaintiff, FLSA Collective Plaintiffs, and the Class*