UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINA MARIN, on behalf of herself and others similarly situated,

                         Plaintiff,

-v-

RICHARD AURIGEMMA, 310 BOWERY GROUP LLC, and EPSTEINS BAR LLC,

                         Defendants.

CIVIL ACTION NO. 24 Civ. 1340 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 17, 2025, the Court held an in-person conference in this action (the "Conference") to discuss: (1) the motion for final approval of the parties' settlement preliminarily approved by the Court on March 24, 2025 (ECF No. 94); and (2) the parties' dispute regarding Plaintiffs' counsel's request for attorneys' fees (ECF Nos. 99–101). As discussed at the Conference, the Court orders as follows:

1. On or before **July 21, 2025**, the parties shall submit one single request to order a copy of the transcript of the Conference, using the annexed form.

2. On or before **July 23, 2025**, Plaintiffs' counsel shall file

   a. A supplemental declaration (the "Declaration") attaching:

      i. The name of all class members, aside from the named Plaintiff, with whom Plaintiffs' counsel communicated;

      ii. With respect to each class member identified in (a): (i) the date(s) on which the class member communicated with Plaintiffs' counsel; (ii) the individuals with whom the class member communicated; (iii) who

       initiated that communication; (iv) the date on which the class member filed their claim; and (v) the value of the class member's claim; and

    iii. Invoices or receipts supporting the costs for which Plaintiffs' counsel is seeking reimbursement. (See ECF No. 97 ¶ 53).

  b. A letter brief, not to exceed 1,050 words explaining why the contact between Plaintiffs' counsel and the class members described in the Declaration was appropriate and the impact, if any, on the Court's analysis of the reasonableness of Plaintiffs' counsel's request for attorneys' fees.

3. On or before **July 31, 2025**, Defendants' counsel may file a letter brief, not to exceed 1,050 words in response.

Dated:    New York, New York      SO ORDERED.
            July 17, 2024

*[signature]*
**SARAH L. CAVE**
**United States Magistrate Judge**